# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM BEREZOWITZ, et al., | ) | |
| | ) | Hon. Joan B. Lefkow |
| Plaintiffs, | ) | |
| | ) | Case No. 08-cv-1256 |
| v. | ) | |
| | ) | Magistrate Judge Arlander Keys |
| J&R VENTURES, LLC and | ) | |
| JOHN ORECCHIO, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION

The Parties, through their respective counsel, hereby stipulate to extend the time in which

Defendant John Orecchio has respond to Plaintiffs' Complaint until June 6, 2008.

SO STIPULATED AND AGREED TO on this 27th of May, 2008 by:


**WILLIAM BEREZOWITZ, et al.**          **JOHN ORECCHIO**,
Plaintiffs                              Defendant


By:  /s/    Elizabeth H. Neugent Dixon    By:  /s/    Henry M. Baskerville

James L. Kopecky                        William P. Ziegelmueller (Ill. Bar No. # 6226438)
Elizabeth H. Neugent Dixon              Henry M. Baskerville (Ill. Bar No. #6285712)
James L. Kopecky P.C.                   STETLER & DUFFY, LTD.
190 S. LaSalle Street, Suite 850-A      11 South LaSalle Street, Suite 1200
Chicago, IL 60603                       Chicago, IL 60603
(312)527-3966                           (312) 338-0200
jim@jlkopecky.com                       bziegel@stetleranduffy.com
elizabeth@jlkopecky.com                 hbasker@stetleranduffy.com

*Attorneys for Plaintiff*                 *Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I, Henry Baskerville, an attorney, certify that I caused copies of the foregoing **Stipulation** to be served on the attorney listed below via the Court's CM/ECF system this 27th day of May, 2008.

/s/    Henry M. Baskerville

To:    James L. Kopecky
       Elizabeth H. Neugent Dixon
       James L. Kopecky P.C.
       190 S. LaSalle Street, Suite 850-A
       Chicago, IL 60603
       (312)527-3966
       jim@jlkopecky.com
       elizabeth@jlkopecky.com

       *Attorneys for Plaintiff*