## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM BEREZOWITZ, et al., | ) | |
| | ) | Hon. Joan B. Lefkow |
| Plaintiffs, | ) | |
| | ) | Case No. 08-cv-1756 |
| v. | ) | |
| | ) | Magistrate Judge Arlander Keys |
| J&R VENTURES, LLC and | ) | |
| JOHN ORECCHIO, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, June 12, 2008, at 9:30 a.m., we shall appear before the Honorable Joan B. Lefkow in Room 1925 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and present Defendant John Orecchio's Motion for Extension of Time To Answer or Otherwise Plead, copies of which were previously served on you via the Court's CM/ECF Online filing system.

Dated: June 6, 2008                     Respectfully submitted,

                                        JOHN A. ORECCHIO


                                        By:   /s/   Henry M. Baskerville
                                               One of his Attorneys

Joseph J. Duffy (Ill. Bar No. 3123294)
William P. Ziegelmueller (Ill. Bar No. 6226438)
Henry M. Baskerville (Ill. Bar No. 6285712)
**STETLER & DUFFY, LTD.**
11 S. LaSalle Street
Suite 1200
Chicago, Illinois 60603
Phone: 312/338-0200
Fax: 312/338-0070
jduffy@stetlerandduffy.com
bziegel@stetlerandduffy.com
hbasker@stetlerandduffy.com

## CERTIFICATE OF SERVICE

I, Henry Baskerville, an attorney, certify that I caused copies of the foregoing **Notice of Motion for Extension of Time to Answer or Otherwise Plead** to be served on the attorneys listed below via the Court's CM/ECF system this 6th day of June, 2008.

/s/    Henry M. Baskerville

To:    James L. Kopecky
       Elizabeth H. Neugent Dixon
       James L. Kopecky P.C.
       190 S. LaSalle Street, Suite 850-A
       Chicago, IL 60603
       (312)527-3966
       jim@jlkopecky.com
       elizabeth@jlkopecky.com

       Daryl M. Schumacher
       The Law Offices of Daryl M. Schumacher, P.C.
       190 S. LaSalle Street, Suite 850-C
       Chicago, IL 60603
       (312) 380-6585
       daryl@schumacherlegal.com

       *Attorneys for Plaintiffs*