# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1756 | **DATE** | 6/12/2008 |
| **CASE TITLE** | Berezowitz vs. J & R Ventures, et al. | | |

**DOCKET ENTRY TEXT**

Defendant's motion for an additional 21 days to answer or otherwise plead [17] is granted. Status hearing of 6/26/2008 stricken and reset to 7/15/2008 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|