## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08cv1756                    Assigned/Issued By: j. n.

Judge Name: _____                 Designated Magistrate Judge: _____

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                 ☑ Alias Summons
☐ Third Party Summons                     ☐ Lis Pendens
☐ Non Wage Garnishment Summons            ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons      
                                          _____
                                          _____
                                          (Victim, Against and $ Amount)
☐ Citation to Discover Assets             
                                          ☐ Other
☐ Writ _____              _____
       (Type of Writ)                     _____
                                          (Type of issuance)

<u>1</u> Original and <u>1</u> copies on <u>6-20-08</u> as to <u>j and r ventures, llc</u>
                                    (Date)

_____
_____