UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM BEREZOWITZ, et al., ) | |
| ) | Hon. Hon. Joan Humprey Lefkow |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 08-cv-1756 |
| ) | |
| J&R VENTURES, LLC and ) | Magistrate Judge Arlander Keys |
| JOHN ORECCHIO, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, July 15, 2008, at 9:30 a.m., we shall appear before the Honorable Hon. Joan Humprey Lefkow in Room 1925 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and present Defendant John Orecchio's Motion to Dismiss Plaintiffs' Complaint, a copy of which was previously served on you via the Court's CM/ECF Online filing system.

Dated: July 2, 2008

Respectfully submitted,

JOHN A. ORECCHIO

By:  /s/   Henry M. Baskerville
       One of his Attorneys

Joseph J. Duffy
William P. Ziegelmueller
Henry M. Baskerville
**STETLER & DUFFY, LTD.**
11 S. LaSalle Street
Suite 1200
Chicago, Illinois 60603
Phone: 312/338-0200
Fax: 312/338-0070
*jduffy@stetlerandd017.com*
*bziegel@stetleranddulfy.com*
*hbasker@stetleranddulfy.com*

## **CERTIFICATE OF SERVICE**

I, Henry Baskerville, an attorney, certify that I caused copies of the foregoing **Notice of Motion to Dismiss Plaintiffs' Complaint** to be served on the attorneys listed below via the Court's CM/ECF system this 2nd day of July, 2008.

                                            /s/    Henry M. Baskerville

To:   James L. Kopecky
       Elizabeth H. Neugent Dixon
       James L. Kopecky P.C.
       190 S. LaSalle Street, Suite 850-A
       Chicago, IL 60603
       (312)527-3966
       jim@jlkopecky.com
       elizabeth@jlkopecky.com

       Daryl M. Schumacher
       The Law Offices of Daryl M. Schumacher, P.C.
       190 S. LaSalle Street, Suite 850-C
       Chicago, IL 60603
       (312) 380-6585
       daryl@schumacherlegal.com

       *Attorneys for Plaintiffs*