**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

William Berezowitz, et al.
                                                 Plaintiff,

v.                                                                          Case No.: 1:08−cv−01756
                                                                         Honorable Joan H. Lefkow

JR Ventures, LLC, et al.
                                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

        MINUTE entry before the Honorable Joan H. Lefkow:Status hearing stricken. Response to defendant's motion to dismiss [21] due by 8/5/2008; reply due by 8/19/2008; ruling will issue by mail.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.