## *United States District Court for the Northern District of Illinois*

Case Number: 08CV1756  Assigned/Issued By: DAJ

Judge Name: LEFKOW  Designated Magistrate Judge: KEYS

### FEE INFORMATION

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

### ISSUANCES

☐ Summons   ☑ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☐ Citation to Discover Assets   (Victim, Against and $ Amount)
☐ Writ _____
(Type of Writ)

_1_ Original and _1_ copies on _08/20/08_ as to _J&R VENTURES LLC_
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05