# United States District Court
# Northern District of Illinois

In the Matter of

William Berezowitz

v.

J & R Ventures, LLC

Case No. 08 C 1756

Designated Magistrate Judge ~~Arlander Keys~~ Denlow

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Joan Humphrey Lefkow** to be related to **07cv3654** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_Judge Robert W. Gettleman_

Dated: September 4, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Robert W. Gettleman**.

### ENTER

FOR THE EXECUTIVE COMMITTEE

_Chief Judge James F. Holderman_

Dated: SEP 4 2008

Finding of Relatedness (Rev. 9/99)