# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

William Berezowitz, et al.

                      Plaintiff,

v.                                Case No.: 1:08−cv−01756
                                Honorable Robert W. Gettleman

JR Ventures, LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 15, 2010:

      MINUTE entry before Honorable Morton Denlow: The parties having advised the Court that they have executed settlement documents and plan to seek approval of the settlement from Judge Gettleman, the referral is terminated and the case is returned to Judge Gettleman for all further proceedings.Case no longer referred to Honorable Morton Denlow. Status hearing set for 3/18/2010 is stricken.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.